IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUTUAL OF AMERICA LIFE INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>    v.<br><br>MUTUAL OF AMERICA MORTGAGE GROUP, INC. and<br>RICHARD EVAN ISAACS<br><br>      Defendants. | Civil Action No. 07 CIV. 3178<br><br>**Rule 7.1 Statement** |

   Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Mutual of America Life Insurance Company (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date:  April 20, 2007       JONES DAY

                 By: s/ Peter D. Vogl_____

                    Peter D. Vogl (PV3385)
                    Nancy A. Zoubek (NZ6414)
                    222 East 41st Street
                    New York, New York 10017
                    Tel:  (212) 326-3939
                    Fax:  (212) 755-7306
                    Email:  pdvogl@jonesday.com
                    nazoubek@jonesday.com
                    Attorneys for Plaintiff
                    Mutual of America Life Insurance Company