AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

MUTUAL OF AMERICA LIFE INSURANCE COMPANY

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

MUTUAL OF AMERICA MORTGAGE GROUP, INC. and RICHARD EVAN ISAACS

**07 CV 3178**

**JUDGE BAER**

TO: (Name and address of defendant)

1. Mutual of America Mortgage Group, Inc.; 8 Amy Place; White Plains, New York 10605
2. Richard Evan Isaacs, 8 Amy Place; White Plains, New York 10605

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter D. Vogl, Esq.
JONES DAY
222 E. 41st Street
New York, New York 10017

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 2 0 2007

CLERK  /s/ Marcos Quintero

DATE

(BY) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 06 CV 3178

Date Filed: _____

Plaintiff:
**MUTUAL OF AMERICA LIFE INSURANCE COMPANY**

vs.

Defendant:
**MUTUAL OF AMERICA MORTGAGE GROUP, INC. and RICHARD EVAN ISAACS**

Received by ASK Litigation Support, Inc. to be served on **RICHARD EVAN ISAACS., 8 Amy Place, White Plains, NY 10605**.

I, Simon Kahn, being duly sworn, depose and say that on the **24th day of April, 2007 at 8:40 pm, I:**

delivered a true copy of the **Summons & Complaint, Rule 7.1 Statement, Judge and Magistrate's Rules including ECF** to Richard Evan Isaacs, who identified him/herself to me and was served in hand, at the actual place of residence indicated above.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: Caucasian, Height: 5'9", Weight: 200, Hair: Balding, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4/25/07___
           Date

Simon Kahn
0842361

**ASK Litigation Support, Inc.**
**D/B/A Firm Service**
**211 East 43rd Street, Suite 1901**
**New York, NY 10017**
**(212) 481-9000**
Our Job Serial Number: 2007000259
Ref: 437286-999004

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 06 CV 3178                                                   Date Filed: _____

Plaintiff:
**MUTUAL OF AMERICA LIFE INSURANCE COMPANY**

vs.

Defendant:
**MUTUAL OF AMERICA MORTGAGE GROUP, INC. and RICHARD EVAN ISAACS**

Received by ASK Litigation Support, Inc. to be served on **MUTUAL OF AMERICA MORTGAGE GROUP, INC., 8 Amy Place, White Plains, NY 10605.**

I, Simon Kahn, being duly sworn, depose and say that on the **24th day of April, 2007** at **8:40 pm**, I:

Personally delivered a true copy of the **Summons & Complaint, Rule 7.1 Statement, Judge and Magistrate's Rules including ECF** to Richard Evan Isaacs and that said documents were in actuality delivered to the business at the location stated above.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: Caucasian, Height: 5'9", Weight: 200, Hair: Balding, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4/25/07___
         Date

Simon Kahn
0842361

ASK Litigation Support, Inc.
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2007000258
Ref: 437286-999004